UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF AND
ALL OTHER PERSONS SIMILARLY SITUATED,

       Plaintiffs,

       v.

NORTHWESTERN UNIVERSITY,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

No.: 1:23-cv-4418

**NOTICE OF VOLUNTARY DISMISSAL**

     Plaintiff(s), JOSEPH ORTIZ, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, NORTHWESTERN UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       September 1, 2023

**GOTTLIEB & ASSOCIATES**

*/s/Michael A. LaBollita, Esq.*

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge
September 5, 2023